UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN D. BAILEY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 3:26-CV-3442-X |
| | § | |
| 1900 MCKINNEY HARWOOD LLC, et al., | § | |
| | § | |
| *Defendant*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) in this case. (Doc. 5). No objections were filed. The District Court reviewed the FCR for plain error. Finding none, the Court **ACCEPTS** the FCR of the United States Magistrate Judge. Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** Bailey's claims against defendants 1900 McKinney Hardwood LLC, Stream Realty Advisors LLC, Parking Systems of America Inc., and Gallagher Bassett Services LLC for lack of subject-matter jurisdiction.

**IT IS SO ORDERED** this 4th day of November, 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE